IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

MILDRED H. ADERHOLTZ,

    Plaintiff,

vs.

MENARD, INC.,

    Defendant.

Case No. 1:16-cv-1163

## NOTICE OF REMOVAL

THE DEFENDANT, MENARD, INC., a Foreign Corporation, by its attorneys, QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO, pursuant to 28 U.S.C. §1441 *et. seq.*, hereby petitions to remove this action from the Circuit Court of the Tenth Judicial Circuit, Tazewell County, Illinois, to the United States District Court for the Central District of Illinois, Peoria Division. In support, Defendant states:

1.    On or about May 5, 2016, MILDRED H. ADERHOLTZ, Plaintiff, filed a Complaint against defendant, MENARD, INC., in Tazewell County, Illinois.

2.    Defendant was served through its registered agent on May 11, 2016. Copies of the Summons and Complaint served upon Defendant are attached as Exhibit 1. A copy of the Return of Service is attached hereto as Exhibit 2.

3.    Plaintiff is a resident and citizen of the State of Illinois.

4.    Defendant is a Wisconsin corporation with its principal place of business in Wisconsin.

5. The claim alleged in Plaintiff's Complaint arises out of an occurrence in Pekin, Tazewell County, Illinois.

6. Plaintiff claims that she was severely and permanently injured "about her neck, back, and elbow" and suffered great physical pain, mental anguish. Plaintiff further alleges that she has incurred "substantial medical expense" in treating her injuries, and that she has incurred other expenses and losses as a result.

7. Based on the nature of Plaintiff's complained of injuries and the language of her Complaint, it appears that Plaintiff seeks damages in an amount in excess of the jurisdictional requirement of $75,000.00.

8. This court has original jurisdiction of the matters alleged in Plaintiff's Complaint pursuant to 28 U.S.C. § 1332. The matter is subject to removal by Defendant pursuant to 28 U.S.C. § 1441.

9. Defendant's Notice of Removal is timely pursuant to 28 U.S.C § 1446(b) in that it is filed within thirty (30) days of service of Summons.

10. Pursuant to 28 U.S.C. § 1446(d), Defendant is giving written notice of the filing of this Petition for Removal to all adverse parties and will file a copy of this Petition for Removal with the Clerk of the Circuit Court of Tazewell County, Illinois, thereby effecting removal to this court.

WHEREFORE, the Defendant, MENARD, INC., a Foreign Corporation, prays that the above action now pending against it in the Circuit Court of Tazewell County, Illinois, be removed therefrom to this court.

MENARD, INC., Defendant

By: _____*s/Adam P. Chaddock*_____
　　　　　　Adam P. Chaddock
　　QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO

Adam P. Chaddock (Illinois Bar No. 6274685)
E-mail: achaddock@quinnjohnston.com
Noah A. Menold (Illinois Bar No. 6317752)
E-mail: nmenold@quinnjohnston.com
 QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO
227 NE Jefferson Avenue
Peoria, IL 61602
Telephone: 309/674-1133
Fax: 309/674-6503

## CERTIFICATE OF SERVICE

I hereby certify that on **May 20, 2016**, I electronically filed this **NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

    Daniel P. Cusack                            *Attorneys for Plaintiff*
    Cusack, Gilfillan & O'Day, LLC
    415 Hamilton Blvd.
    Peoria, IL 61602-1102
    Phone: (309)637-5282
    E-mail: dpcusack1@gmail.com


                        *s/Adam P. Chaddock*
                        Adam P. Chaddock (Illinois Bar No. 6274685)
                        QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO
                        227 N.E. Jefferson Ave.
                        Peoria, IL  61602-1211
                        Telephone: (309) 674-1133
                        Facsimile: (309) 674-6503
                        E-mail: achaddock@quinnjohnston.com