RETURN TO ATTORNEY FOR SERVICE
30 DAY SUMMONS
IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
TAZEWELL COUNTY, ILLINOIS

| | | |
|---|---|---|
| MILDRED H. ADERHOLTZ | ) | |
| | ) | |
| Plaintiff, | ) | 16 – L – 45 |
| | ) | |
| vs. | ) | |
| | ) | **JURY DEMAND** |
| MENARD, INC. | ) | Serve Defendant at: |
| | ) | Menard, Inc. |
| Defendant. | ) | c/o Corporation Service Co., registered agent |
| | | 8040 Excelsior Dr., Suite 400 |
| | | Madison, WI 53717 |

TO EACH OF THE ABOVE-NAMED DEFENDANTS - You are hereby summoned and required to file a written answer in this case, or otherwise file your written entry of appearance, in the office of the Clerk of this Court (located at the Tazewell County Courthouse, Pekin, Illinois) within 30 days after service of this summons, exclusive of the day of service. If you fail to do so, a judgment or decree by default may be taken against you for the relief prayed in the complaint.

This summons must be returned by the officer or other person to whom it was given for service, with endorsement thereon of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

MAY 0 5 2016 , A.D. 20____.

_____ Clerk

By _____ Deputy

Plaintiff's Attorney
   (or plaintiff, if not represented by attorney)

DANIEL P. CUSACK, ESQ.
CUSACK, GILFILLAN & O'DAY, LLC.
415 Hamilton Blvd.
Peoria, Illinois 61602-1102
309/637-5282

Date of Service _____, 20___
(to be inserted by officer on copy left with defendant or other person.)

JLH
SUMMONS

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
TAZEWELL COUNTY, ILLINOIS

FILED
MAY 0 5 2016

TAZEWELL COUNTY CIRCUIT CLERK
TENTH JUDICIAL CIRCUIT OF ILLINOIS

| | | |
|---|---|---|
| MILDRED H. ADERHOLTZ | ) | |
| Plaintiff, | ) | 16 – L – 45 |
| vs. | ) | |
| | ) | **JURY DEMAND** |
| MENARD, INC. | ) | |
| Defendant. | ) | |

## COMPLAINT

NOW COMES the Plaintiff, MILDRED H. ADERHOLTZ, by her attorneys, Cusack, Gilfillan & O'Day, LLC, and for her Complaint against the Defendant, MENARD, INC., states as follows:

1) On June 24, 2015, at approximately 10:30 a.m., Defendant MENARD, INC., both directly and indirectly, individually and through its agents, servants and employees, possessed, operated, managed, maintained and controlled a Home Improvement store located at 3535 Court St., Pekin, Illinois 61554.

2) At the above time and location, Defendant MENARD, INC., had a duty both directly and indirectly, individually and through its agents, servants and employees, to possess, operate, manage, maintain and control its premises located at 3535 Court St., Pekin, Illinois 61554.

3) At said time and location, Plaintiff MILDRED H. ADERHOLTZ, was lawfully on said premises as a customer.

4) At said time and location, Plaintiff MILDRED H. ADERHOLTZ, while pushing a shopping cart down an aisle, slipped and fell on what was later determined to be human excrement.

1

5)    At said time and location, Defendant, MENARD, INC., through its agents, servants and employees, carelessly caused and permitted said premises to become and remain in a dangerous condition for persons using said premises, although Defendant MENARD, INC., knew, or in the exercise of ordinary and reasonable care should have known that there was human excrement on its shopping floor.

6)    Defendant, MENARD, INC., was then and there guilty of one or more of the following negligent acts or omissions:

   a. Failed to ascertain that there was human excrement on its shopping floor;

   b. Failed to make a reasonable inspection of the aforesaid premises, including the area that Plaintiff fell, when Defendant knew or should have known that said inspection was necessary to prevent injury to Plaintiff and others on the premises;

   c. Allowed and permitted the dangerous condition, viz., the human excrement to remain and exist on the premises when Defendant knew or should have known, that said condition created a danger to the Plaintiff and others on the premises;

   d. Failed to warn the Plaintiff of the aforesaid dangerous condition, when this Defendant knew or should have known, that said warning was necessary to prevent injury to the Plaintiff and others on the premises;

   e. Failed to provide adequate safeguards to prevent the Plaintiff and others from injury while lawfully on said premises by failing to clean up human excrement on the shopping floor.

7)    At said time and location, and as result of one or more of the aforesaid negligent acts or omissions of this Defendant, the Plaintiff was caused to sustain substantial injuries to her person when she slipped and fell on the human excrement negligently left on the shopping floor.

8)    That as a direct and proximate result of this fall, Plaintiff has suffered severe, extensive, and permanent injuries about her neck, back, and elbow and was and will continue to be hindered in attending to her usual duties and affairs. In addition, she has suffered great

2

physical pain and mental anguish and has incurred substantial medical expense in treating her injuries, and has incurred other expenses and losses, all as a result of said injuries.

WHEREFORE, Plaintiff, MILDRED H. ADERHOLTZ, prays that this court enter its judgment against Defendant MENARD, INC., in a sum in excess of $50,000 together with her costs of suit.

## PLAINTIFF DEMANDS A TRIAL BY JURY

MILDRED H. ADERHOLTZ, Plaintiff, by CUSACK, GILFILLAN & O'DAY, LLC, her attorneys

By: _____
DANIEL P. CUSACK

DANIEL P. CUSACK, ESQ.
CUSACK, GILFILLAN & O'DAY, LLC
415 Hamilton Blvd.
Peoria, Illinois 61602-1102
309/637-5282
TMW: complaint

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
TAZEWELL COUNTY, ILLINOIS

FILED
MAY 0 5 2016

TAZEWELL COUNTY CIRCUIT CLERK
TENTH JUDICIAL CIRCUIT OF ILLINOIS

MILDRED H. ADERHOLTZ         )
                             )
            Plaintiff,       )   16 – L – 45
                             )
       vs.                   )
                             )   **JURY DEMAND**
MENARD, INC.                 )
                             )
            Defendant.       )

**AFFIDAVIT**

STATE OF ILLINOIS     )
                      ) SS
COUNTY OF PEORIA      )

The undersigned, being first duly sworn, upon his oath, hereby states and affirms that the total monetary damages sought in the above-entitled cause of action exceed Fifty Thousand Dollars ($50,000). The undersigned further states and affirms that this disclosure is complete and correct as of the date hereof, and that all reasonable attempts to comply with the provisions of Supreme Court Rule 222 have been made.

MILDRED H. ADERHOLTZ, Plaintiff, by her attorneys, CUSACK, GILFILLAN & O'DAY, LLC,

By: _____
DANIEL P. CUSACK

Subscribed and Sworn to before me, a Notary Public, this 3 day of May, 2016.

_____
Notary Public

OFFICIAL SEAL
JAMIE HENDERSON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/30/19

DANIEL P. CUSACK, ESQ.
CUSACK, GILFILLAN & O'DAY, LLC.
415 Hamilton Blvd.
Peoria, IL 61602-1102
309/637-5282
dpcusack1@gmail.com
JLH: L AFFIDAVIT







415 Hamilton Boulevard
Peoria, Illinois 61602

7015 3010 0000 3199 1505

US POSTAGE
$ 06.68
First-Class
Mailed From 61602
05/09/2016
032A 0061825858

**CERTIFIED MAIL
RETURN RECEIPT REQUESTED**
Corporation Service Company
8040 Excelsior Dr., Suite 400
Madison, WI 53717