IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MILDRED H. ADERHOLTZ | )<br>) |
| Plaintiff, | )<br>)<br>) |
| vs. | ) 1:16-cv-1163 |
| | )<br>) |
| MENARD, INC. | )<br>)<br>) |
| Defendant. | ) |

## STIPULATION OF VOLUNTARY DISMISSAL
### PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsels that the above-captioned action is voluntarily dismissed, without prejudice against the defendant, Menard, Inc., pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

_____        _____
Daniel P. Cusack, Plaintiff's Counsel        Adam Chaddock, Defendant's Counsel

Cusack, Gilfillan & O'Day, LLC           Quinn, Johnston, Henderson, Pretorius & Cerulo
415 Hamilton Blvd.                       227 NE Jefferson
Peoria, IL 61602                         Peoria, IL 61602

Date: _____                    Date: _____